IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 07cv1610 MJD/SRN |
| v. | ) ) ) | |
| OTIS ELEVATOR COMPANY, | ) ) | **COMPLAINT** |
| Defendant. | ) ) ) | Jury Trial Demanded |

NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act to correct unlawful employment practices on the basis of age and to provide appropriate relief to Robert Thomas. The Equal Employment Opportunity Commission (the "Commission") alleges that Otis Elevator Company ("Otis") discharged Robert Thomas because of his age.

JURISDICTION AND VENUE

1.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b) (the "ADEA"), which incorporates by reference Section 16(c) and 17 of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. §§ 216(c) and 217.

1

SCANNED

MAR 2 2 2007

U.S. DISTRICT COURT MPLS

2.  The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Minnesota.

## PARTIES

3.  Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of the ADEA and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4.  At all relevant times, Defendant, Otis Elevator Company ("Otis"), has continuously been doing business in the State of Minnesota and has continuously had at least 20 employees.

5.  At all relevant times, Otis has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 11(b), (g) and (h) of the ADEA, 29 U.S.C. §§ 630(b), (g) and (h).

## CONCILIATION

6.  Prior to institution of this lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with the ADEA through informal methods of conciliation, conference and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## STATEMENT OF CLAIMS

7. On or about December 2004, Otis engaged in unlawful employment practices in violation of Section 4(a) of the ADEA, 29 U.S.C. § 623(a). Otis discharged Robert Thomas from his job at Otis. Robert Thomas was in the age group protected from discrimination by the ADEA. Otis discharged Robert Thomas because of his age in violation of the ADEA.

8. The effect of the practices complained of above has been to deprive Robert Thomas of equal employment opportunities and otherwise adversely affect his status as an employee, because of his age.

9. The unlawful employment practices complained of above were willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Otis Elevator Company, its officers, successors, assigns and all persons in active concert or participation with it, from engaging in discharge based upon age and any other employment practice which discriminates on the basis of age against individuals 40 years of age and older.

B. Order Defendant Otis Elevator Company to institute and carry out policies, practices and programs which provide equal employment opportunities for individuals 40 years of age and older, and which eradicate the effects of its past and present unlawful employment practices.

C.   Grant a judgment requiring Defendant Otis Elevator Company to pay appropriate back wages in an amount to be determined at trial, an equal sum as liquidated damages, and prejudgment interest to Robert Thomas.

D.   Order Defendant Otis Elevator Company to make whole Robert Thomas by providing the affirmative relief necessary to eradicate the effects of its unlawful practices, including but not limited to reinstatement.

E.   Grant such further relief as the Court deems necessary and proper in the public interest.

F.   Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

RONALD S. COOPER
General Counsel

JAMES LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

1801 L Street, N.W.
Washington, D.C. 20507

Dated: 3/14/2007

JOHN C. HENDRICKSON
Regional Attorney

Dated: 3-14-07

JEAN P. KAMP
Associate Regional Attorney

Chicago District Office
500 West Madison Street, Suite 2800
Chicago, IL 60661
(312) 353-8550

Dated: 3-22-07

LAURIE A. VASICHEK (#0171438)
Senior Trial Attorney

Minneapolis Area Office
330 Second Avenue South, Suite 430
Minneapolis, MN 55401
(612) 335-4061

5